No. 146, Misc. CLARK *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 147, Misc. EGITTO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 148, Misc. JONES *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 150, Misc. SHAW *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 151, Misc. WINN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 152, Misc. AHLSTEDT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harrison C. Thompson, Jr.* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 155, Misc. BENNETT *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied.

No. 156, Misc. ROGERS ET AL. *v.* ALLIED AVIATION SERVICE CO. OF NEW JERSEY, INC. C. A. 2d Cir. Certiorari denied. *William McKelvey* for petitioners. *William W. Golub* for respondent.

No. 157, Misc. BARTLETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.